UAO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| TOMAS TORRES-GARCIA | CASE NUMBER: 08cr2146-JM |

I, TOMAS TORRES-GARCIA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Tomas Torres G._
Defendant

_For Timothy A. Scott_
Counsel for Defendant

Before _____
Judicial Officer



FILED
JUN 26 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY